McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648
Facsimile:  (202) 307-0054
guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL J. EKINS<br>and FARALEE EKINS,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil No. 2:07-CV-00083 FCD EFB<br><br>**ORDER** |

Upon the stipulation of the parties, and for good cause shown,

IT IS ORDERED THAT the final day for discovery shall be May 22, 2008.  All other dates in the Scheduling Order filed July 30, 2007, shall remain in effect.

IT IS SO ORDERED.

Dated: February 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE