McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648
Facsimile:  (202) 307-0054
guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL J. EKINS and FARALEE EKINS, | Civil No. 2:07-CV-00083 FCD EFB |
| Plaintiffs, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Upon the stipulation of the parties, and for good cause shown,

IT IS ORDERED THAT the final pretrial conference and trial date in the Scheduling Order dated July 27, 2007, (Docket No. 9) is hereby vacated.  The dates for the final pretrial conference and trial shall be set by a subsequent order of this Court.  All other dates based on the date of the final pretrial conference and trial date contained in the Scheduling Order dated July 27, 2007, shall remain in effect.  The parties shall file a status report within 60 days from the date of this order with respect to the status of settlement and with new proposed final pretrial conference and trial dates, if necessary.

IT IS SO ORDERED.

Dated: August 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE