McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648
Facsimile:  (202) 307-0054
guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL J. EKINS and FARALEE EKINS, | Civil No. 2:07-CV-00083 FCD EFB |
| Plaintiffs, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Upon the stipulation of the parties, and for good cause shown,

IT IS ORDERED THAT the parties shall file a status report on November 21, 2008 with respect to the status of settlement and with new proposed final pretrial conference and trial dates, if necessary

IT IS SO ORDERED.


Dated:       October 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE